E-filed: April 27, 2015

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEVE CHEN, et al.,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>LEON RODRIGUEZ, et al.,<br><br>　　　　Defendant(s).<br>_____ | Case No. CV 15-2259 CAS (JEMx)<br><br>NOTICE TO COUNSEL |

　　　This case has been assigned to the calendar of Judge Christina A. Snyder. This Notice to Counsel shall be to all parties appearing in propria persona, and for purposes of this notice, the term "counsel" shall include any person appearing in pro per.

　　　Counsel are advised that the Court expects strict compliance with the provisions of the Local Rules and the Federal Rules of Civil Procedure. Copies of the Local Rules may be purchased from one of the following:

| Los Angeles Daily Journal | Metropolitan News | West Group |
|---|---|---|
| 915 E. 1st Street | 210 South Spring St. | 610 Opperman Drive |
| Los Angeles, CA 90012 | Los Angeles, CA 90012 | Egan, Minnesota 55123 |

　　　The Local Rules and **Judge's Procedures and Schedules** may also be found on the United States District Court's website at the following address:

1   HTTP://WWW.CACD.USCOURTS.GOV.  Please note that certain Local Rules
2   have recently been amended.
3        The attention of counsel is particularly directed to Local Rules 16 and 26 for
4   the conduct of mandatory pretrial and settlement proceedings.
5        Counsel are reminded of their obligations to disclose information and confer
6   on a discovery plan not later than 21 days prior to the date of the Fed. R. Civ. P.
7   16(b) scheduling conference and to report to the Court not later than 14 days after
8   they confer on a discovery plan and the other matters required by Fed. R. Civ. P.
9   26(f) and the Local Rules of this Court.  The following issues will be considered at
10  the scheduling conference:  the last date by which parties and claims for relief may
11  be added, the discovery cutoff, as well as any issues relating to the discovery plan,
12  the last date for filing motions, the time for the pretrial conference and the trial
13  date.  Scheduling conferences are generally held on Monday at 11:00 a.m.
14       Counsel should also be guided by the following requirements when litigating
15  cases assigned to Judge Snyder:
16       1.    INTERROGATORIES: Refer to the Local Rules.
17       2.    MOTIONS: Motions shall be heard on each Monday of the month at
18  10:00 a.m., unless otherwise ordered by the Court.  If Monday is a national
19  holiday, the succeeding Monday shall be the motion day and all matters noticed for
20  such Monday stand for hearing on the following Monday without special order or
21  notice.  The Court provides oral or written tentative rulings on most motions.
22  Counsel are encouraged to direct oral argument to the matters raised in the
23  tentative ruling and to submit to any part of the ruling that is not in genuine
24  dispute, where appropriate.  The Court will notify counsel if it does not require oral
25  argument on any specific motion.
26       Motion papers should comply with the Local Rules.  Briefs should not
27  exceed the page limits authorized by the Local Rules.  The Court will rarely grant
28  leave to file briefs that exceed the authorized page limits.  Counsel are admonished

1 not to circumvent page limits by filing multiple motions which purport to address
2 separate issues in a case. Such motions will not be considered unless counsel
3 obtains leave to file more than one motion or to file a brief that exceeds the page
4 limits authorized by the Local Rules.
5       3.     EX PARTE APPLICATIONS:
6           A.     NOTICE: The parties' and counsels' attention is directed to
7 Local Rule 7-19. The moving party shall inform the opposing party or parties that
8 such party or parties shall have 48 hours from the date of delivery of the moving
9 papers to file and serve their opposition papers, if any.
10           B.     HEARING: No hearing will be held on any ex parte application
11 unless deemed necessary by the Court and in such case counsel will be notified by
12 the Courtroom Deputy Clerk.
13       4.     DISCOVERY CUTOFF: Generally, the Court will set a discovery
14 cutoff date at the scheduling conference. The Court expects that by the date of the
15 discovery cutoff, all discovery and responses thereto shall have been served, and
16 all motions to compel will be on file and have been argued (but not necessarily
17 decided). The only discovery that may be conducted after the discovery cutoff date
18 without leave of Court is discovery ordered by the Magistrate Judge for which a
19 timely-filed motion was pending and argued before the discovery cutoff date.
20 Unless the Court has issued a contrary order, all discovery motions should be set
21 before the Magistrate Judge to whom this case is assigned.
22       5.     MANDATORY CHAMBERS COPIES: The Court requires that
23 mandatory copies of electronically filed documents be delivered to chambers no
24 later than 12:00 p.m. on the first court day following the date when the documents
25 are required filed. **Furthermore, mandatory chambers copies shall be 2-hole**
26 **punched and the efile notification date shall be <u>visible</u> on or as the first page**.
27 Moreover, in all cases asserting claims under the antitrust laws, the patent laws or
28 federal securities laws, and in such specific cases as may be designated by the

Court, counsel must deliver to chambers two (2) mandatory chambers copies of all documents that are electronically filed. Mandatory copy documents shall include tabs to separate exhibits, declarations, etc., where applicable. The Court will also accept any fax courtesy copies not exceeding five (5) pages in length <u>total</u>. The Courtroom Deputy Clerk's fax number is 213-894-0249. In addition, counsel shall email any and all proposed orders to the Courtroom Deputy Clerk in "Word" or "WordPerfect" format to CAS_Chambers@cacd.uscourts.gov.

6. CONTINUANCES: Continuances will only be granted based upon a showing of good cause. Stipulations, including second and subsequent extensions of time to respond to the complaint, are effective ONLY when approved by the Court. (See Local Rule 16-8).

7. REMOVED ACTIONS: Any answers filed in state court must be refiled with the Court as a supplement to the petition. Any pending motions must be renoticed in accordance with Local Rule 37-3.

8. TELEPHONIC HEARINGS: Judge Snyder will permit oral argument on calendared motions to be heard telephonically if (a) all involved parties consent to the telephone hearing, (b) the parties anticipate presenting limited argument, and (c) the Court's calendar permits such telephonic oral argument to be heard. Arrangements for telephonic hearings must be made by communicating in writing or by telephone with Judge Snyder's Courtroom Deputy Clerk, Catherine Jeang.

The Courtroom Deputy Clerk must be notified by the moving party of all counsels' intention to participate in a telephonic hearing by the Wednesday prior to the Monday hearing date.

The telephonic hearing will be scheduled at a time convenient for the Court and the parties, on the Monday originally scheduled for the hearing of the motion pursuant to the Federal Rules of Civil Procedure and the Local Rules. The party bringing the motion will initiate the conference call, and when all counsel are present on the line, will contact the Court. Callers will hold on the line until their

motion is ready to be heard, at which time they will be connected with the Court, the case will be called, and the telephonic hearing will commence.

       9.     COMMUNICATIONS WITH THE COURT: Unless counsel have been expressly authorized to communicate with chambers (e. g., for a telephone status conference with all counsel participating), all oral and written communications must be submitted only to the Courtroom Deputy, Catherine Jeang with copies to all counsel of record. Please do not attempt to communicate in writing or by telephone with chambers. (See Local Rule 83-2.11).

      10.    NOTICE OF THIS ORDER: Counsel for plaintiff is responsible for promptly serving a copy of this Order on all defendants' counsel. If this case came to the Court via removal, the removing defendant shall promptly serve a copy of this Order on all parties of record.

Date: April 27, 2015

                                 *Christina A. Snyder*
                                 CHRISTINA A. SNYDER
                                 United States District Judge